# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

JAMES AARON ANDERSON, JR.
*Defendant*

Case No. 3:18-cr-224-J-39PDB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),* JAMES AARON ANDERSON, JR.

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of ammunition by a convicted felon, in violation of 18 U.S.C. § § 922(g)(1) and 924(e).

Date: 12/14/2018

*Issuing officer's signature*

City and state: Jacksonville, FL

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12/14/18, and the person was arrested on *(date)* 12/19/18
at *(city and state)* Jacksonville, FL.

Date: 12/19/18

*Arresting officer's signature*

Mark Latham  S/A ATF
*Printed name and title*